GENE BUCK, as President of the American Society of Composers, Authors and Publishers, Respondent, v. THE VOICE OF BROOKLYN, INC., Appellant.— Order granting plaintiff's motion to strike out defense contained in paragraphs fourth to tenth of the answer, on the ground that it appears on the face of said defense that the same is insufficient in law, unanimously affirmed, with twenty dollars costs

and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.